# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**OPEN MRI OF DAYTONA** a/a/o **TONY ROBINSON**,
Appellant,

v.

**DIRECT GENERAL INSURANCE COMPANY**,
Appellee.

No. 4D21-1148

[March 24, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. COWE19-015594.

Christina M. Kalin and John C. Daly of Daly & Barber, P.A., Plantation, for appellant.

William J. McFarlane, III, and Michael K. Mittelmark of McFarlane Dolan & Prince, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***